**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| CHRISTOPHER L. KITCHEN,<br><br>Plaintiff,<br><br>v.<br><br>DONALD BONNER, III,<br><br>Defendant. | CIVIL ACTION NO.: 5:26-cv-129 |

**ORDER**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on October 5, 2026, and filed a Rule 26(f) report on October 16, 2026. Docs. 22. The Court's Rule 26(f) Order expressly states that the parties "shall conform to the language and format of the Form Rule 26(f) Report for use in Judge Wood/Judge Cheesbro cases located on the Court's website www.gasd.uscourts.gov under 'Forms.'" Doc. 3. That form provides a place for the parties to enter a specific date for each deadline. While the parties provided some dates, they did not provide all the dates that the Rule 26(f) Report form requires. I, therefore, **DIRECT** the Clerk of Court to **TERMINATE** the Rule 26(f) report on the docket, doc. 22, and **ORDER** the parties to file a new joint Rule

26(f) report within **14 days** of the date of this Order containing all the specific dates required.

**SO ORDERED**, this 16th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA